IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. LARRY B. WARREN,<br>2. AMANDA BLALOCK, Special<br>   Administrator for the Estate of<br>   Larry B. Warren,<br><br>            Plaintiffs,<br><br>vs.<br><br>1. SONOCO LOGISTICS, INC.,<br>2. SUNOCO LOGISTICS PARTNERS, L.P.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: CIV-2014-424-FHS<br>)<br>)<br>)<br>)<br>)<br>) |

### DISMISSAL WITH PREJUDICE

**COMES** now, Amanda Blalock, special administrator for the Estate of Larry B. Warren, Plaintiff, and dismisses the above entitled cause with prejudice to the refiling thereof. Plaintiff specifically reserves jurisdiction of this Court to enforce the settlement agreement if necessary pursuant to *Kokkonen v. Guardian Life Insurance Co.*, 511 U.S. 375, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994); *Freeman v. Pittsburgh Glassworks, LLC.*, 709 F.3d 240, 248, n. 7 ((3rd Cir. 2013).

RESPECTFULLY SUBMITTED,

JACK TRACY, OBA #11713
Attorney for Plaintiff
201 W. Main Street
Purcell, OK 73080
Telephone: (405) 527-5571
Facsimile: (405) 527-2557
TracyLaw@Classicnet.net

Amanda Blalock, Special Administrator of
the Estate of Larry B. Warren, Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, on this 2ND day of ~~September~~ October, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Steven A. Broussard
Stephanie T. Gentry
HALL, ESTILL, HARDWICKS, GABLE,
GOLDEN & NELSON, P.C.
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706
sbroussard@hallestill.com
sgentry@hallestill.com
Attorneys for Defendant

*/s/ Jack Tracy*
Jack Tracy